# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1519
Lower Tribunal No. F91-500
_____

**Alphonso Lee,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Alphonso Lee, in proper person.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for respondent.

Before MILLER, GORDO, and BOKOR, JJ.

PER CURIAM.

Denied.  See Zuluaga v. State, Dep't of Corr., 32 So. 3d 674, 676–77 (Fla. 1st DCA 2010) ("Habeas corpus is not a vehicle for obtaining additional appeals of issues which were raised or should have been raised on direct appeal, or which could have been, should have been, or were raised in post-conviction proceedings."); Schoenwetter v. State, 46 So. 3d 535, 562 (Fla. 2010) (quoting Mills v. Dugger, 559 So. 2d 578, 579 (Fla. 1990)) ("Habeas corpus is not to be used for additional appeals of issues that could have been, should have been, or were raised on appeal or in other postconviction motions."); Johnson v. State, 967 So. 2d 306, 307 (Fla. 3d DCA 2007) ("[B]ecause the claims [appellant] raises in this appeal have been previously litigated by [appellant] and have been adversely decided by both the trial court and this court, we find that they are procedurally barred.").